NORTH GEORGIA TELEPHONE & TELEGRAPH COMPANY *et al.*
*v.* HUNT.

GILBERT, J.   Error is assigned on a judgment appointing a receiver to take
charge of the property and business of the defendant corporation, on
admission of specified evidence, and on refusal of the judge to recuse
himself. *Held:*

1. The judge did not err in refusing to recuse himself.
2. The assignment of error on admission of evidence did not show cause
for reversal.
3. The court did not err in appointing a receiver.

*Judgment affirmed. All the Justices concur.*

No. 5091.   JUNE 18, 1926.

Receivership, etc.   Before Judge Stark.   Barrow superior court.
September 3, 1925.

*J. D. Quillian* and *H. H. Chandler,* for plaintiffs in error.
*Erwin, Erwin & Nix, R. H. Kimball,* and *G. A. Johns,* contra.